# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

161592

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

FOUNDATION FOR BEHAVIORAL
RESOURCES,
      Plaintiff-Appellant,

v

W.E. UPJOHN UNEMPLOYMENT TRUSTEE
CORP., d/b/a UPJOHN INSTITUTE and W.E.
UPJOHN INSTITUTE FOR EMPLOYMENT
RESEARCH, and BEN DAMEROW,
      Defendants-Appellees.

SC: 161592
COA: 345415
Kalamazoo CC: 2016-000309-CZ

_____/

On order of the Court, the application for leave to appeal the May 28, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief addressing whether private-figure plaintiffs must prove malice to establish the tort of false light invasion of privacy. The appellant's brief shall be filed by August 30, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021

t0317



Clerk